# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 106 MM 2022

         Respondent               :

         v.                       :

JOSEPH LODUCA,                 :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of February, 2023, the Application for Appointment of Counsel is DENIED.